76,998-03,04

Paul R. Desilets
T.D.C.J.# 1581093
1200 F.M. 655
Rosharon Texas 77588
Stringfellow Unit
December 17 2015

Honorable Abel Acosta, Clerk
Court of Criminal Appeals
Box 12308, Capitol Station
Austin Texas 78711

IN Re: State of Texas v. Paul R. Desilets;
    Request for a corrected copy of Clerk's Record( receipt of filings filed)
    Trial Cause No. 08-12-11262-CR, I, II.
    Cause No. Wr-76, 99804

Dear Mr. Abel Acosta,

        I have recieved your reply to my recent request for a copy of the Clerk's Record in the above styled and numbered cause. However, after review it seems the record is not current.

        On September 1st, 2015, the District Clerk of Montgomery County, Ms. Barbra Gladden Adamick filed her 1st Supplement Clerk's Record (1 volume) with this Honorable Court, prepared in the above writ of habeas corpus. This is not included in the record that I have recieved.

        On September 18, 2015 The district Clerk, Barbra Gladden Adamick also filed her 2nd Supplement Clerk's Record ( 1 volume) with this Honorable Court, prepared in the above writ of habeas corpus. This also is not included in the record I have received.

        As well I have filed two seperate Motions to leave to file a writ of mandamus and original application of writ of mandamus that the Honorable Court recieved and filed. And they as well are not in the record.

        At this time I would request an updated docket sheet to reflect all items filed in the above cause.

        Thank You for your assistance in this matter.

                                Respectfully Submitted
                                Paul R. Desilets

RECEIVED IN
COURT OF CRIMINAL APPEALS
DEC 23 2015
Abel Acosta, Clerk